KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

ROBERT H. STIER, JR. (*admitted pro hac vice*) rstier@pieceatwood.com
MARGARET M. O'KEEFE (*admitted pro hac vice*) mokeefe@pieceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
Telephone: (207) 791-1100
Facsimile: (207) 791-1350

Attorneys for Plaintiff
THERMO FISHER SCIENTIFIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(~~SAN JOSE DIVISION~~)

| | |
|---|---|
| THERMO FISHER SCIENTIFIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUAWELL TECHNOLOGY, INC., PETER ZUO, WISDOM APPLIED SCIENCE LLC, WISBIOMED LLC, MARTIN WANG, LOWAN SCIENTIFIC LLC, and YONGXIANG (ROGER) LUO, <br><br> Defendants. | Case No.: CV10-5443 JSW <br><br> ~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |

Having considered the papers submitted in connection with Plaintiff Thermo Fisher Scientific, Inc.'s Administrative Motion to Continue Case Management Conference, and good cause appearing, the Court hereby **GRANTS** the Administrative Motion. The Case Management Conference in this matter is hereby continued until March 11, 2011 at 1:30 P.M.

**IT IS SO ORDERED.**

Dated: __February 9__, 2011          _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: CV10-544 JSW