IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERMO FISHER SCIENTIFIC, INC.,

    Plaintiff,

    v.

QUAWELL TECHNOLOGY, INC, et al.,

    Defendants.

No. C 10-05443 JSW

**ORDER REQUIRING STATUS REPORT**

Plaintiff filed the complaint in this case on December 1, 2010. Since that time, with the exception of Wisdom Applied Science, all named defendants have been dismissed. Plaintiff requested that default be entered against Wisdom Applied Science, and that request was granted on June 16, 2011. There has been no further activity since that date.

Accordingly, Plaintiff shall submit a status report to the Court by no later than February 24, 2012, advising the Court as to the status of this case. If Plaintiff fails to submit a status report by that date, Plaintiff is HEREBY ADVISED that the Court shall issue an Order to Show Cause directing Plaintiff to show cause why the case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 7, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE