KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

ROBERT H. STIER, JR. (*admitted pro hac vice*) rstier@pieceatwood.com
MARGARET M. O'KEEFE (*admitted pro hac vice*) mokeefe@pieceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
Telephone:  (207) 791-1100
Facsimile:  (207) 791-1350

Attorneys for Plaintiff
THERMO FISHER SCIENTIFIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| THERMO FISHER SCIENTIFIC, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QUAWELL TECHNOLOGY, INC., PETER ZUO, WISDOM APPLIED SCIENCE LLC, WISBIOMED LLC, MARTIN WANG, LOWAN SCIENTIFIC LLC, and YONGXIANG (ROGER) LUO,<br><br>    Defendants. | Case No.: CV10-5443 JSW<br><br>**CORRECTED<br>CONSENT JUDGMENT** |

   WHEREAS plaintiff Thermo Fisher Scientific, Inc. ("Thermo Fisher") has alleged that, inter alia, defendants Wisbiomed LLC and Martin Wang (collectively, "settling defendants") have infringed United States Patent No. 6,628,382 and United States Patent No. 6,609,826 ("the patents

1

in suit");

WHEREAS settling defendants have asserted certain defenses to the claims of infringement;

WHEREAS Thermo Fisher and settling defendants wish to resolve the dispute between them and have entered into a Settlement Agreement with an effective date of March 7, 2011 ("the Settlement Agreement"), and have consented to judgment as follows;

WHEREAS the parties, but for the Settlement Agreement, would continue to pursue this litigation;

WHEREAS this CONSENT JUDGMENT (herein, "Consent Judgment") and the Settlement Agreement and any attachments thereto shall constitute the entire integrated agreement of the parties hereto with respect to the subject matter hereof (the "Agreement"); and,

WHEREAS based on the agreement of the parties as to the resolution of the claims, the settling defendants agree to accept each of the findings made by this Court and herein stated as final and to waive and forego its right to appeal.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this Consent Judgment and the settling defendants, pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

### Applicability

2. This Consent Judgment shall constitute a final and binding adjudication on the merits of all factual and legal issues (except to the extent expressly provided below) and as such shall have preclusive effect to the fullest extent of the law under the doctrines of res judicata and collateral estoppel.

### Findings

5. Thermo Fisher is the owner of all right, title, and interest to the patents in suit.

6. The manufacture, use, sale and offer for sale of the Quawell 3000 and 5000 instruments accused in the litigation, as well as all equivalent variants thereof, infringe one of more claims of the patents in suit.

7. The claims of the patents in suit are valid and enforceable.

**Final Disposition**

8. This Consent Judgment, together with the Settlement Agreement, resolves all claims of Thermo Fisher that were brought or could have been brought in this action against the settling defendants, which claims are hereby dismissed with prejudice, and shall constitute the final and binding disposition of this action from which no appeal may be taken.

LET JUDGMENT BE ENTERED ACCORDINGLY:

Date: February 27, 2012  _____
Hon. Jeffrey S. White
United States District Judge